# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| DAVID COX, d/b/a COX FARMS, INC., individually and on behalf of a Class of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and SYNGENTA SEEDS, INC.,<br><br>*Defendants*. | Civil Case No. 4:14-cv-04345-RBH |

## ORDER

Upon considering the Parties' Joint Motion To Stay Pending Transfer By Judicial Panel On Multidistrict Litigation, it is ORDERED that the Motion is GRANTED. All proceedings in this case are STAYED until thirty days after the Judicial Panel on Multidistrict Litigation determines whether to transfer this action to an MDL proceeding and completes any transfer of the action pursuant to 28 U.S.C. § 1407. *See In re Syngenta MIR162 Litig.*, MDL No. 2591 (J.P.M.L. 2014).

So ordered this 25th day of November, 2014.

s/ R. Bryan Harwell
R. Bryan Harwell
United States District Judge